NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRELL T. CRAWFORD,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3037

---

Petition for review of the Merit Systems Protection Board in case no. NY4324090336-X-1.

---

**ON MOTION**

---

**ORDER**

The Department of the Army moves to file its corrected brief out of time. The counsel for the petitioner objects to this motion.

Upon consideration thereof,

IT IS ORDERED THAT:

DARRELL CRAWFORD v. ARMY                                2

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27